**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000358
29-SEP-2021
08:31 AM
Dkt. 38 OGMD

NO. CAAP-21-0000358

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

EM, Plaintiff/Cross-Defendant-Appellant, v.
SM, Defendant/Cross Plaintiff-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-D NO. 14-1-0192)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Wadsworth, Presiding Judge, Nakasone and Fujise, JJ.)

Upon review of Plaintiff/Cross-Defendant-Appellant EM's September 27, 2021 Motion to Dismiss Appeal (Motion), the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) EM seeks to dismiss the appeal; (3) and dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Motion is granted, and the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.[1]

DATED: Honolulu, Hawaiʻi, September 29, 2021.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Alexa D.M. Fujise
Associate Judge

---

[1] EM's counsel, Jacob G. Delaplane, is cautioned to timely file documents. Future violations may result in sanctions.